# BURSOR

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/21

*Via ECF*

The Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

> APPLICATION GRANTED. The case is stayed until 11/22/2021, when the parties shall file a joint status update regarding their class action settlement negotiations.
>
> By 10/22/2021, defense counsel shall file a notice of appearance on the docket.
>
> Plaintiff's counsel shall provide a copy of this Order to defense counsel.
>
> SO ORDERED:
>
> *Vincent Briccetti*
>
> Vincent L. Briccetti, U.S.D.J.         10/19/2021

Oct[ober ...]

**Re:** *Jimenez v. Artsana USA, Inc.*, No. 7:21-cv-07933-VB

Dear Judge Briccetti:

  I represent Plaintiff Amanda Jimenez in the above-referenced matter and I write pursuant to Your Honor's Individual Rule of Practice 1(B). Plaintiff and Defendant Artsana USA, Inc. jointly request a stay in this action because the parties have reached an agreement in principle that should fully resolve the pending claims. Specifically, the parties participated in a mediation on September 30, 2021, with the Honorable Diane M. Welsh (Ret.), where they tentatively agreed to a class action settlement that, once finalized, would resolve all claims pending before this Court.

  The parties have substantially agreed on the terms of the benefits to be made available to the putative class and are currently working on a settlement agreement and the exhibits thereto (*e.g.*, the notice program, various aspects of settlement administration, etc.). Though an agreement has been reached on all substantive monetary terms pertaining to class benefits, the parties have agreed to engage in further negotiations related to the remaining aspects of the proposed class action settlement. To that end, the parties will reconvene for a subsequent mediation on November 8, 2021 with Judge Welsh in furtherance of said negotiations.

  Accordingly, the parties jointly request a stay of this action to allow them to focus on finalizing and documenting the settlement. As a result of this request, the parties stipulate that Artsana need not file any response to Plaintiff's Complaint.

  For the foregoing reasons, the parties respectfully request that the Court enter a stay of all proceedings in this action pending the finalization of a proposed class action settlement. The parties hereby propose filing a joint status report with the Court by November 22, 2021 regarding the progress made on the proposed settlement. Thank you for your attention to this matter.

**BURSOR&FISHER**
P.A.

                Very truly yours,

                */s/ Alec Leslie*

                Alec Leslie

CC:  All counsel of record (via ECF)