# BURSOR & FISHER
P.A.

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

ALEC M. LESLIE
Tel: 646.837.7150
Fax: 212.989.9163
aleslie@bursor.com

April 18, 2022

*Via ECF*

The Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

> Stay is continued, further joint status report due 6/6/2022.
> So ordered:
> [signature] USDJ 4/19/22

Re: *Jimenez v. Artsana USA, Inc.*, No. 7:21-cv-07933-VB

Dear Judge Briccetti:

I represent Plaintiff Amanda Jimenez in the above-referenced matter and I write pursuant to Your Honor's Individual Rule of Practice 1(B). On October 18, 2021, the parties jointly requested a stay of this action because they had reached an agreement in principle that should resolve the claims in this action. ECF No. 6. On October 19, 2021, the Court granted the parties' joint request for a stay. ECF No. 7. Thereafter, on January 14, 2022, the Court extended the stay and ordered the parties to file another status report by February 28, 2022. ECF No. 13. Following that filing, the Court continued the stay, and ordered the parties to submit a further joint status report on April 18, 2022. *See* ECF Nos. 14, 15.

Following their second mediation with Judge Diane Welsh at JAMS, the parties have continued to make steady progress towards settlement. The Parties are in regular communication with each other, continue to negotiate prospective injunctive relief and other remaining issues, and have continued to exchange edits on the draft settlement agreement. The parties anticipate making additional progress towards finalizing the settlement over the next month. The parties also anticipate scheduling an additional mediation to resolve their position on attorneys' fees. Accordingly, the parties jointly request that the Court extend the stay of this action to allow them to finalize the settlement and move for preliminary approval. The parties hereby propose filing a joint status report with the Court by Monday, June 6, 2022, regarding the progress made on the proposed settlement. Thank you for your attention to this matter.

Very truly yours,

[signature]

Alec Leslie

CC: All counsel of record (via ECF)