# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

**ALEC M. LESLIE**
Tel: **646.837.7150**
Fax: **212.989.9163**
aleslie@bursor.com

July 6, 2022

*Via ECF*

The Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

  Re: *Jimenez v. Artsana USA, Inc.*, No. 7:21-cv-07933-VB

Dear Judge Briccetti:

  I represent Plaintiff Amanda Jimenez in the above-referenced matter and I write pursuant to Your Honor's Individual Rule of Practice 1(B) and the Court's June 7, 2022 Memo Endorsement.

  The Parties engaged in an additional mediation session on June 6, 2022 to address the limited remaining issues regarding the language of the settlement agreement. After that session and an additional call among counsel, the Parties have also made substantial progress on finalizing the language of the settlement agreement with only a couple issues still being discussed.

  Plaintiff expects to be able to move for preliminary approval by August 5, 2022. The parties hereby propose a deadline of August 5, 2022 for Plaintiff to move for preliminary approval or provide the Court with a status update. Thank you for your attention to this matter.

                Very truly yours,

                Alec Leslie

CC: All counsel of record (via ECF)