**VOZZOLO LLC**
Counsellors at Law
―――――

345 Route 17 South
Upper Saddle River, N.J. 07458
Phone: 201-630-8820
Facsimile: 201-604-8400

February 3, 2023

<u>*Via ECF*</u>

The Honorable Vincent L. Briccetti
United States District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Room 620
White Plains, NY 10601-4150

  Re: <u>*Jimenez v. Artsana USA, Inc.*</u>, **No. 7:21-cv-07933-VB**

Dear Judge Briccetti:

  The undersigned represent Plaintiffs and the certified Class, as well as Artsana USA, Inc., in the above-referenced matter. On January 23, 2023, Your Honor granted preliminary approval of the Parties' proposed class action settlement. ECF No. 45 ("Order"). Upon review of the schedule set forth in the Order, the Parties have conferred and jointly seek an amendment to the Order for the purpose of clarifying the deadlines for settlement class members to submit objections or requests for exclusion from the preliminarily approved class settlement.

  The Order sets forth a deadline of July 6, 2023 for putative settlement class members to submit objections, if any, to the preliminarily-approved settlement or to submit requests for exclusion from the settlement class. Order, ¶¶ 12-13. However, the Order also sets forth a deadline of September 7, 2023, for putative settlement class members to submit objections, if any, to class counsel's forthcoming motion for attorneys' fees and expenses. *Id.*, ¶ 17.

  To avoid any potential for confusion regarding these two distinct objection deadlines by putative class members, the Parties, through their counsel, respectfully request the Court set September 7, 2023 as the deadline for both putative class members' objections to the settlement and to class counsel's motion for attorneys' fees and expenses, as well as for any requests for exclusion from the settlement. Consolidating the objection and opt-out deadlines will simplify the schedule and requirements for putative class members and will also give them the opportunity to review class counsel's motion for final approval of the settlement and any motion for attorneys' fees and expenses, and service awards prior to deciding whether to object or seek exclusion from the settlement.[1]

―――――――――――――――――

[1] All papers in support of the motion for final approval of the settlement and any motion for attorneys' fees and expenses and/or named plaintiff service awards are due to be filed on August 28, 2023. Order, ¶ 16.

      Accordingly, attached hereto as Exhibit A is a proposed Amended Order Granting Preliminary Approval of Class Settlement ("Amended Order"). The Parties have maintained the original deadlines from the Court's Order, with the exception of two modifications to the timeline for putative settlement class members to object or opt out of the preliminarily approved settlement, as follows:

- First, the Parties propose that the deadline for putative settlement class members to object to the settlement be extended from July 6, 2023 (1/23/23 Order, ¶ 12) to September 7, 2023 (Amended Order, ¶ 12).

- Second, the Parties propose that the deadline for putative settlement class members to request exclusion from the settlement be extended from July 6, 2023 (1/23/23 Order, ¶ 13) to September 7, 2023 (Amended Order, ¶ 13).

Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

Dated: February 3, 2023                                      Respectfully submitted,

| | |
|---|---|
| **VOZZOLO LLC** | **GIBSON, DUNN & CRUTCHER LLP** |
| By: /s/ Antonio Vozzolo | By: /s/ Christopher Chorba |
| Antonio Vozzolo<br>Andrea Clisura<br>345 Route 17 South<br>Upper Saddle River, NJ 07458<br>Telephone: (201) 630-8820<br>Facsimile: (201) 604-8400<br>Email: avozzolo@vozzolo.com<br>Email: aclisura@vozzolo.com | Jason William Myatt<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000 x4085<br>Facsimile: (212) 351-4035<br>Email: jmyatt@gibsondunn.com |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>Martha A. Geer<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Telephone: (919) 600-5000<br>Facsimile: (919) 600-5035<br>Email: mgeer@milberg.com | Christopher Chorba (admitted *pro hac vice*)<br>Jeremy S. Smith (admitted *pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel: (213) 229-7000<br>Fax: (213) 229-7520<br>Email: CChorba@gibsondunn.com<br>Email: JSSmith@gibsondunn.com |
| | ***Attorneys for Artsana USA, Inc.*** |

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
Gregory F. Coleman (admitted *pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0080
Email: gcoleman@milberg.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
Jonathan B. Cohen
   (*pro hac vice* forthcoming)
3833 Central Ave.
St. Petersburg, FL 33713
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

**BURSOR & FISHER, P.A**
Alec M. Leslie
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: aleslie@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher
   (*pro hac vice* forthcoming)
Sean L. Litteral
   (*pro hac vice* forthcoming)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
Email: slitteral@bursor.com

*Counsel for Plaintiffs and the Class*

Honorable Vincent L. Briccetti
February 3, 2023
Page 4

cc: All counsel of record (via ECF)