UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIMENEZ, *individually and on behalf of all others similarly situated*,

        Plaintiff,

    v.

ARTSANA USA, INC.,

        Defendant.

No. 21-cv-7933

---

**[PROPOSED] JUDGMENT**

On _____, the Court signed and entered its Order Granting Final Approval of Class Action Settlement and Awarding Attorneys' Fees, Expenses, and Named Plaintiff Service Awards (Dkt. \_\_\_) (the "Final Approval Order") in the above-captioned matter as to the following class of persons:

> All persons and entities in the United States, its territories, and/or its possessions who purchased one or more of the Eligible Products (*i.e.*, Artsana booster seats marketed under the "KidFit" branding, which includes the KidFit, KidFit Zip, KidFit Zip Air, KidFit Luxe, KidFit Plus, and KidFit Air Plus) during the Class Period (*i.e.*, April 22, 2015 to December 31, 2021).

**JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil Procedure 58, as to the specified class of persons (excluding the individuals who validly and timely requested exclusion from the Settlement Class, as identified in Exhibit \_\_\_ to the Final Approval Order), the Named Plaintiffs, and Defendant Artsana USA, Inc. on the terms and conditions of the Settlement Agreement approved by the Court's Final Approval Order.

1. For purposes of this Order, the Court adopts the terms and definitions set forth in the Settlement Agreement.

2. Payments to Settlement Class Members under the Settlement Agreement shall be made as outlined in the Final Approval Order and Settlement Agreement.

3. As of the Effective Date, the Releasing Parties (Settlement Agreement ¶ 31) shall have fully, finally, and forever released, relinquished, and discharged all Released Claims (*id.* ¶ 29) against the Released Parties (*id.* ¶ 30), as set forth in the Settlement Agreement. The Released Claims shall be construed as broadly as possible to effect complete finality over this Action involving Artsana advertising, labeling, and/or marketing of the Eligible Products as set forth herein. Notwithstanding the foregoing, the release shall not include any claims relating to the continued enforcement of the Settlement.

4. The Action, including all claims asserted, are settled and dismissed on the merits with prejudice.

_____
                                             Hon. Vincent L. Briccetti
                                             United States District Court

**JUDGMENT ENTERED**: _____ ___, 2023

By:  CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK