UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JIMENEZ, *individually and on behalf of all others similarly situated*,

                Plaintiff,

       v.

ARTSANA USA, INC.,

                Defendant.

No. 21-cv-7933

**DECLARATION OF STEVEN WEISBROT, ESQ.
REGARDING PRELIMINARILY ELIGIBLE PRODUCTS CLAIMED**

I, Steven Weisbrot, Esq., declare under penalty of perjury as follows:

1.      I am the President and Chief Executive Officer at the class action notice and settlement administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2.      My full credentials were provided to this Court, as outlined in my previously filed Declaration ("Notice Plan Declaration") (Dkt. No. 42-1, Exh. H).

3.      The purpose of this declaration is to provide the Parties and the Court with an update regarding the preliminarily eligible products described in my August 28, 2023 Declaration filed with this Court (Dkt. No. 60).

4.      Based on recent claim filing submission patterns, Angeion conducted additional fraud analysis on the 153,244 preliminarily eligible products discussed in my prior Declaration (*Id*. at ¶ 27).[1]  The additional analysis performed on these 153,244 products identified a revised total of 61,582 preliminarily valid products claimed[2], while 91,662 products have now been identified as fraud.



6.      We have instructed Counsel to redact the information in the preceding paragraph and all accompanying footnotes because it discusses our anti-fraud efforts and, if disclosed, may

---

[1] The 153,244 eligible products relate to claims submitted up to July 21, 2023.
[2] 13,612 preliminarily eligible products were submitted by individuals that matched to the Class List.

undermine our ability to combat fraudulent claim submissions.

7. We also have updated our count of the number of claims and products. As of September 19, 2023, there were 2,159,699 total claims that had been filed, for a total of 2,229,298 products.

8. As part of our ongoing fraud prevention efforts, we analyzed a subset of claims filed (408,534 claims filed between September 1, 2023 to September 15, 2023), and determined that 408,386 of the claims were filed by generic filers and 148 claims were filed by login filers (known class members).

9. Of the 408,386 claims filed by generic filers, 24,992 claims passed a partial fraud analysis, but of that number, only 3,673 were not using a suspicious domain. This indicates that 404,713, of the claims received during this most recent period are indicative of fraud under this preliminary and partial fraud analysis but have not been definitively categorized as fraud, pending further review.

10. As the claim deadline does not expire until January 7, 2024, Angeion will continue to keep the parties apprised of the number of Claim Form submissions received and processed, including ongoing fraud analysis review efforts of all claims. Angeion's fraud analysis is an ongoing and fluid process, which may affect the total number of eligible products.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 25, 2023

_____
STEVEN WEISBROT