<div style="text-align:center">

**VOZZOLO LLC**
COUNSELLORS AT LAW
———

**345 Route 17 South
Upper Saddle River, N.J. 07458
Phone: 201-630-8820
Facsimile: 201-604-8400**

</div>

*Writers' Email:*
*avozzolo@vozzolo.com*

<div style="text-align:center">November 6, 2023</div>

**<u>*Via ECF*</u>**

The Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

Re:   *Jimenez v. Artsana USA, Inc.*, Case No. 7:21-cv-07933-VB
<u>Letter to Court Regarding Update to Reported Settlement Claims</u>

Dear Judge Briccetti:

    I represent Plaintiffs in the above-referenced matter. I write pursuant to Rule 1.A of Your Honor's Individual Practices to provide the Court with a Supplemental Declaration of Jenny Shawver of Angeion Group, the claims administrator in this matter. The Declaration contains updated information as to claim form submissions and requests for exclusion/objections.

    We thank the Court for its continued attention to this matter.

<div style="margin-left:50%">

Very truly yours,

*/s/ Antonio Vozzolo*

Antonio Vozzolo

</div>

cc:  All counsel of record (via ECF)

Encls.