UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
: 
JIMENEZ, *individually and on behalf of all* :
*others similarly situated*, :
: 
                Plaintiff, :
: No. 21-cv-7933
    v. :
: 
ARTSANA USA, INC., :
: 
                Defendant. :
:
-----------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF JENNY SHAWVER
REGARDING CLAIM FORMS AND EXCLUSIONS**

I, Jenny Shawver, declare under penalty of perjury as follows:

1. I am a Senior Project Manager at the class action notice and settlement administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2. The purpose of this declaration is to provide the Parties and the Court with a list of those persons who have opted out or excluded themselves from the Settlement and to provide the details regarding the number of valid Claim Forms received and processed.

## CLAIM FORM SUBMISSIONS

3. The deadline for Class Members to submit a Claim Form is 60 days after Final Approval, setting the earliest possible claim deadline as January 7, 2024.

4. As of October 30, 2023, Angeion has received a total of 3,333,633 Claim Form submissions, claiming a total of 28,658,800 products purchased. Of these 28,658,800 products purchased, Angeion preliminarily identified: (a) 81,535 eligible products[1]; (b) 1,161 eligible products pending review of photograph provided; (c) 3,732 products pending documentation review; (d) 97,082 ineligible products; and (e) 28,475,290 products are preliminarily identified as potentially fraudulent. In preparing these numbers, Angeion has completed some, but not all, of the anti-fraud measures identified in paragraph 5 of Mr. Weisbrot's September 25 declaration (ECF No. 81). Angeion's fraud analysis is an ongoing and fluid process, which may affect the total number of eligible products.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

5. The deadline for Class Members to request exclusion from the Settlement was September 7, 2023. As of the date of this declaration, Angeion has received three (3) requests for exclusion. A list of these opt-outs is provided as **Exhibit A** to this declaration.

///

///

///

///

---

[1] These eligible products also will be subjected to final audits at the close of the claim filing period.

6.        The deadline for Class Members to object to the Settlement was September 7, 2023. As of the date of this declaration, Angeion has not received or been made aware of any objections to the Settlement.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 3 , 2023

*[signature]*
JENNY SHAWVER

# EXHIBIT A

Jimenez v. Artsana USA, Inc.
Exclusions

| No. | First Name | Last Name |
|---|---|---|
| 1 | FLORENCE | DOYLE |
| 2 | MELISSA HELEN | MADDY |
| 3 | NOAH ARON | MADDY |