**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MASHAYILA SAYERS, BRITTNEY TINKER, JENNIFER MONACHINO, KIMBERLY MULLINS, HILDA MICHELLE MURPHREE, and AMANDA JIMENEZ, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br>    v.<br><br>ARTSANA USA, INC.,<br><br>                      Defendant. | Case No. 7:21-cv-07933-VB<br><br>Hon. Vincent L. Briccetti<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _9-5-24_ |

**[PROPOSED] SCHEDULING ORDER STAYING INTERIM DEADLINES**
**AND DATES OF FAIRNESS HEARING AND RELATED BRIEFING SCHEDULE**

1

AND NOW, on this ⌐5th⌐ day of September, 2024, upon careful consideration of the Parties'

submissions regarding the current status of the claims review process in the above-captioned

case,

**IT IS HEREBY ORDERED** that—

1.    The deadlines set forth in the Court's July 9, 2024 scheduling Order regarding the

briefing relating to Plaintiffs' renewed Final Approval Motion and Attorneys' Fees Motion (ECF

No. 115, ¶¶ 7-9) are stayed;

2.    The date of the Fairness Hearing (ECF No. 115, ¶ 10) is adjourned; and

3.    By no later than September 18, 2024, after conferring in good faith regarding the

issues raised in the Parties' submissions, the Parties shall provide the Court with a status update

and/or a new proposed scheduling order for the Court's review.

Dated: ⌐September 5, 2024⌐

SO ORDERED:

*Vincent Briccetti*

**Hon. Vincent L Briccetti**
**United States District Court Judge**